UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. CRAMER

        Plaintiff,

Case No. 14-cv-03704-VC  (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On August 15, 2014, J. Cramer, a state prisoner, filed a letter attempting to allege constitutional claims against employees of Pelican Bay State Prison, located in Crescent City, California. On the same day, the Clerk of the Court sent Cramer a notice that he had not filed a complaint on the proper form to state civil rights claims under 42 U.S.C. § 1983 and that he had not submitted an application to proceed In Forma Pauperis ("IFP"). Doc. Nos. 2, 3. The notice stated that Cramer must submit a complaint on the correct form within twenty-eight days or his case would be dismissed and the file closed. Doc. No. 3. The Clerk mailed Cramer a copy of the Court's IFP application and a return envelope, and directed him to either pay the filing fee or file the completed IFP application within twenty-eight days of the notice to avoid dismissal of the action. Doc. No. 2.

More than twenty-eight days have passed and Cramer has not submitted a completed IFP application, a civil rights complaint or otherwise communicated with the Court.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAMER, et al.,

    Plaintiff,

Case No. 14-cv-03704-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/30/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Cramer ID: G-62856
Pelican Bay State Prison D2-122
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: 9/30/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA